IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>    Plaintiff,<br><br>v.<br><br>HON. NEOMI RAO, et al<br><br>    Defendants. | Case No: 1:21-cv-02473 |

## EMERGENCY NOTICE AND INQUIRY TO THE CLERK AND THE CHIEF JUDGE OF THE COURT AND MOTION TO EFILE PRO SE

Mr. Klayman trusts that the Court is not unilaterally, *sua sponte*, doing anything in the background that would be detrimental to his due process and other sacrosanct constitutional rights without any notice to Mr. Klayman. As an example, Mr. Klayman's ability to e-file has without notice been terminated and thus he is now unable to file this pleading *pro se*. This inquiry is necessary, given that the Defendants in this case are the judges of the U.S. Court of Appeals for the District of Columbia Circuit, as well as two members of this Court, and they have been, as pled in the Pro Se Complaint, acts by judges of both of these courts which have severely prejudiced Mr. Klayman in violation of his constitutional and other legal rights.

  Mr. Klayman moves that he be permitted to e-file and respectfully requests that this case be transferred to a neutral jurisdiction, as set forth in his Pro Se Complaint. Mr. Klayman will

1



also be moving in this latter respect and requests that he be provided a means to file *pro se* at this time.

Date: September 24, 2021                                  Respectfully submitted,

                                                          */s/ Larry Klayman*
                                                          Larry Klayman
                                                          7050 W. Palmetto Park Rd
                                                          Boca Raton, FL, 33433
                                                          Tel: (561)-558-5336
                                                          Email: leklayman@gmail.com

                                                          Plaintiff Pro Se