UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY E. KLAYMAN**, <br><br> Plaintiff, <br><br> v. <br><br> **THE HONORABLE NEOMI RAO**, et al., <br><br> Defendants. | Case No. 21-cv-02473 (CRC) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [4] Plaintiff's Motion to Transfer Case and for Issuance of Summons is DENIED.  It is further

**ORDERED** that this case is DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

This is a final appealable order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: October 25, 2021