**LEAVE TO FILE GRANTED**

*[Signed] C.R. Cooper 11/2/21*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN

       Plaintiff,

v.

HON. NEOMI RAO, et al

       Defendants.

Case No: 1:21-cv-02473

## NOTICE OF PENDING FILING

THIS IS TO PROVIDE NOTICE to this Court that Plaintiff Larry Klayman will be timely filing motions under Federal Rules of Civil Procedure 59 and 60 and 28 U.S. C. 144 and 455 to set aside the dismissal with prejudice unethically and illegally issued *sua sponte* by this Court before the subject complaint could even be served, and without any prior notice to Plaintiff, denying any briefing much less input of any kind by Mr. Klayman, and thus violating his constitutional due process and equal protection rights, as yet another instance of improper judicial conduct and extra-judicial bias and prejudice by federal judges in this court and it's brethren in the appellate court, as well as the failure to adhere to their oath of office, which requires that federal judges administer to the law in an impartial matter without regard to the persons before them. This oath of office provides:

> I do solemnly swear that I will administer justice **without regard to persons,** and do equal right to the poor and to the rich, and that I will impartially discharge and perform all the duties incumbent upon me as judge under the

**RECEIVED**

OCT 29 2021

Clerk, U.S. District and
Bankruptcy Courts

Constitution and laws of the United States. So help me God. 28 U.S.C. § 453 (emphasis added).

Moreover, this dismissal of October 25, 2021, which was not even timely served on Plaintiff, is wrong factually and legally. This will be briefed in the timely filed motions to set aside the order and to transfer this case to an unbiased circuit who will administer to the law as as set forth in our Constitution and otherwise.

Further, Plaintiff Larry Klayman requests an immediate order permitting him to e-file pleadings as a pro se litigant.

Date: October 29, 2021                           Respectfully submitted,

                                                 /s/ Larry Klayman
                                                 Larry Klayman
                                                 7050 W. Palmetto Park Rd
                                                 Boca Raton, FL, 33433
                                                 Tel: (561)-558-5336
                                                 Email: leklayman@gmail.com

                                                 Plaintiff Pro Se