

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RECEIVED
Mail Room
NOV 04 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

LARRY E. KLAYMAN
7050 W. Palmetto Park Rd
Boca Raton, FL 33433

NIXIE        331    CE  1700            2216/13/21
    RETURN TO SENDER
    INSUFFICIENT ADDRESS
    UNABLE TO FORWARD
BC: 20001                *2117-05808-05-34

U.S. POSTAGE >> PITNEY BOWES
ZIP 20001 $ 000.53
02 1W
0001399957 OCT 04 2021