

NIXIE          326     DE   1700          0011/12/21

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 20001289999          2247N316223

LARRY ELLIOT KLAYMAN
7050 W. Palmetto Park Road
Boca Raton, FL 33433



RECEIVED
Mail Room

NOV 16 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS